## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

_____

|  |  |  |
|---|---|---|
| ADAM ROMANOWICZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: |
| | : | |
| ELDRIDGE REAL ESTATE GROUP, LLC, and | : | COMPLAINT AND JURY |
| JESSICA L. ELDRIDGE, | : | DEMAND |
| | : | |
| Defendants. | : | |
| | : | |

_____:

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, ADAM ROMANOWICZ ("Romanowicz" or "Plaintiff"), brings this complaint in the United States District Court for the Northern District of Ohio against ELDRIDGE REAL ESTATE GROUP, LLC ("Eldridge Real Estate"), and JESSICA L. ELDRIDGE ("Jessica Eldridge") (together "Defendants") alleging as follows:

### PARTIES

1. Romanowicz is an experienced commercial photographer with over twenty years of experience and specializing in travel and landscape photography. Romanowicz's work is regularly featured on television shows, calendars, magazines, store displays, and websites. Romanowicz resides in Bloomingdale, Illinois.

2. On information and belief, Eldridge Real Estate is an Ohio Domestic Limited Liability Company existing under the laws of the State of Ohio, with headquarters in Dublin, Ohio. Eldridge Property owns, operates, and is solely responsible for the content on its commercial websites, www.guaranteedcleanenergy.com, www.columbusohiohome.com.

3.  On information and belief, Jessica Eldridge is an individual and CEO of Eldridge Property.

## JURISDICTION AND VENUE

4.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

5.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

6.  This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b), in that Defendant: 1) transacted business within the State of Illinois; and 2) committed a tortious act within State of Illinois.

7.  Defendant is subject to personal jurisdiction in Illinois.

8.  This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

9.  Plaintiff captured the photograph, "Columbus Ohio Skyline at Night" ("Copyrighted Photograph") on July 12, 2017. [Exhibit 1]. Plaintiff captured Copyrighted Photograph using great technical skill and careful timing, as well as significant time and energy.

10. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on July 18, 2017 (Registration No.: VA 1-281-805). [Exhibit 2].

11. On or about August 1, 2017, Plaintiff posted Copyrighted Photograph to www.3scape.com/pic/10450/Columbus-Ohio-Skyline-at-Night (Last visited October 23, 2020). [Exhibit 3].

12. Plaintiff attached the following notice to Copyrighted Photograph: "3scape.com." [Exhibit 3].

13. Beginning on or about December 7, 2017, Defendants copied and posted Copyrighted Photograph to the following URLs:

- www.linkedin.com/in/jessicaeldridgerealtorohio/ (Last visited March 27, 2020). [Exhibit 4].

- www.facebook.com/jessicaeldridgeohiorealestateagent (Last visited March 27, 2020). [Exhibit 5].

- www.realtor.com/realestateagents/jessica-l.-eldridge,-realtor_dublin_oh_3065111_489379143 (Last visited March 27, 2020). [Exhibit 6].

14. Defendants copied and used Copyright Photograph as a nearly full-page image on its home page of its commercial website. [Exhibit 6].

15. Defendants copied and posted Copyrighted Photograph without license or permission from Romanowicz.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

16. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

17. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid Certificate of Copyright Registration by the Register of Copyrights.

18. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

19. Plaintiff is informed and believes Defendants, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendant's commercial websites detailed above in Paragraph 12. In doing so, Defendant violated Plaintiff's exclusive rights of

reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

20. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

21. Upon information and belief, Jessica Eldridge is the dominant influence in Eldridge Real Estate, and determined and/or directed the policies that led to the infringements complained of herein. Accordingly, Jessica Eldridge is jointly and severally liable for direct copyright infringement. *See Broad. Music, Inc. v. It's Amore Corp.*, No. 3:08CV570, 2009 WL 1886038 (M.D. Pa. June 30, 2009), citing *Sailor Music v. Mai Kai of Concord, Inc.*, 640 F. Supp. 629, 634 (D.N.H.1984). Upon further information and belief, Jessica Eldridge maintained the right and ability to control the infringing activities of Eldridge Real Estate, and had a direct financial interest in those activities by virtue of his ownership in the company and the profits derived from the direct sale of Eldridge Real Estate's products and services. Accordingly, Jessica Eldridge is vicariously liable for copyright infringement. *See, e.g., Broad. Music, Inc. v. Tex Border Mgmt.*, 11 F. Supp. 3d 689, 693-94 (N.D. Tex. 2014).

22. As a result of Defendants' infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual or statutory damages, including any profits realized by Defendants attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photograph.

## COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202

23. Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before

displaying Copyrighted Photograph on Defendants' commercial website,

www.guaranteedcleanenergy.com. In doing so, Defendants violated 17 U.S.C. § 1202(a)(1)

and (b)(1).

24. As a result of Defendants' actions, Plaintiff is entitled to actual or statutory damages

pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorney's fees and costs

pursuant to 17 U.S.C. § 1203(b)(5).

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A. Declaring that Defendants' unauthorized conduct violates Plaintiff's rights under the Federal

Copyright Act;

B. Immediately and permanently enjoining Defendants, their officers, directors, agents,

servants, employees, representatives, attorneys, related companies, successors, assigns, and

all others in active concert or participation with them from copying and republishing

Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's

copyright or other rights in any manner;

C. Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by

Defendants by their infringement of Plaintiff's copyright or such damages as are proper, and

since Defendants intentionally infringed Plaintiff's copyright, for the maximum allowable

statutory damages for each violation;

D. Awarding Plaintiff actual and/or statutory damages for Defendants' copyright infringement

in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action,

pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.   Awarding Plaintiff such other and further relief as is just and proper.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury

trial.

Dated: October 23, 2020                    __/s/__*David C. Deal*_____
                                            David C. Deal (VA Bar No.: 86005)
                                            The Law Office of David C. Deal, P.L.C.
                                            P.O. Box 1042
                                            Crozet, VA 22932
                                            434-233-2727, Telephone
                                            david@daviddeal.com
                                            *Counsel for Plaintiff*

<u>EXHIBIT 1</u>



## EXHIBIT 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-281-805**

**Effective Date of Registration:**
July 18, 2017

Case #1-5639304391

---

**Title** _____

         **Title of Work:**   Unpublished Collection of Photos created Jan 2017 - Jul 2017. (1261 Images)

---

**Completion/Publication** _____

       **Year of Completion:**   2017

**Author** _____

   •         **Author:**   Adam Romanowicz
       **Author Created:**   photograph
           **Citizen of:**   United States

---

**Copyright Claimant** _____

    **Copyright Claimant:**   Adam Romanowicz
                         PO Box 186, Medinah, IL, 60157-0186, United States

---

**Rights and Permissions** _____

              **Name:**   Adam Romanowicz
               **Email:**   adam@3scape.com
        **Telephone:**   (312)970-9894
          **Address:**   PO Box 186
                         Medinah, IL 60157-0186 United States

---

**Certification** _____

              **Name:**   Adam Romanowicz
                **Date:**   July 18, 2017

---

    **Copyright Office notes:**   Basis for Registration: Unpublished collection

Page 1 of 1

EXHIBIT 3





EXHIBIT 4



EXHIBIT 5



EXHIBIT 6

